No. 534, Misc. HOWELL *v.* DELEHANT, U. S. DISTRICT JUDGE, ET AL. The motion for leave to file petition for writ of certiorari is denied.

No. 582, Misc. STEELE *v.* U. S. IMMIGRATION AND NATURALIZATION SERVICE;
No. 586, Misc. SGRO *v.* SKAFF, ACTING SUPERINTENDENT, CENTRAL STATE HOSPITAL OF WISCONSIN, ET AL.; and
No. 594, Misc. HOLZWORTH *v.* PETTIS, SUPERINTENDENT, WESTERN STATE HOSPITAL OF VIRGINIA. Motions for leave to file petitions for writs of habeas corpus denied.